Edward Panzer, Esq., of 507 East 161st St., Bronx, N. Y., as such counsel. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS JONES.— Motion for leave to appeal as a poor person denied, and upon the court's motion the appeal taken by defendant-appellant from the judgment of the Court of General Sessions, New York County, rendered on October 7, 1960 is dismissed on the ground that the notice of appeal was not timely filed as required by section 521 of the Code of Criminal Procedure. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSE A. JOHNSON.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BRUCE DEAN.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 8, 1963, with notice of argument for the February 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE PASSANTE.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 8, 1963, with notice of argument for the February 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD DOWDY.— Motion to vacate order of this court entered on February 15, 1950 denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS SURITA.— Motion for leave to prosecute as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAURICE WINKLER.— Motion for consolidation granted to the extent of transferring the appeal pending in the Supreme Court, Appellate Term, First Department to this court and consolidating said appeal with the appeal pending in this court. The appeals are permitted to be heard in one appeal book, without duplication of printing. The question as to whether the order which is the subject of the Appellate Term appeal is an appealable one will be considered in conjunction with the appeal. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

S. H. KRESS AND COMPANY v. LPN 1ST AVE. CORP. et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 8, 1963, with notice of argument for the February 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BURTON N. PUGACH.— Motion to dispense with printing denied with leave to renew upon a proper affidavit showing the length of the record and the cost of printing the same. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PASQUALE ALEO.— Motion for leave to reargue denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. ROMMELL DIXON. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ARCHIE J. COLES. (C) THE